UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES PANGBORN,<br>Plaintiff,<br>v.<br>CARASCO,<br>Defendant. | Case No. 2:25-cv-2325-JDP (P)<br><br>ORDER |

On January 30, 2026, I directed plaintiff to file an amended complaint that contained only related claims. ECF No. 9. On March 5, 2026, plaintiff requested a forty-five day extension to file that complaint, and I granted his request in part, giving him thirty additional days. ECF Nos. 10 & 11. On July 6, 2026, plaintiff motioned for another extension of time, this time for sixty days, arguing that additional time is needed to access his legal papers. ECF No. 12 at 1. Nearly six months have elapsed since I ordered plaintiff to file an amended complaint. Out of an abundance of caution, I will grant plaintiff thirty additional days to file his complaint. This will be the last extension I am inclined to grant on this issue and if, at the conclusion of the new deadline, plaintiff has not submitted his complaint, I will recommend this action be dismissed for failure to prosecute.

It is ORDERED that plaintiff's motion for extension of time, ECF No. 12, is GRANTED in part, and his amended complaint is due thirty days from the date of this order's entry.

IT IS SO ORDERED.

Dated: July 13, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE