UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID JAMES PANGBORN,<br>Plaintiff,<br>v.<br>CARASCO, et al.,<br>Defendants. | Case No. 2:25-cv-2325-JDP (P)<br><br>ORDER |

Plaintiff has filed a "notice re imminent danger," ECF No. 23, wherein he alleges that officers at the RJ Donovan Correctional Facility are threatening him because of federal litigation he is pursuing. The filing seeks neither preliminary injunctive relief nor any other sort of relief, beyond alluding to some undefined court intervention that, plaintiff believes, is necessary to save his life. *Id.* at 3. If plaintiff believes he is entitled to a preliminary injunction, he must file a properly supported motion. The court cannot and will not take any action otherwise.

IT IS SO ORDERED.

Dated: September 21, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE